David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PSX, INC., a Louisiana Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GILBERTO S. MEDINA, JR., an individual,<br><br>　　　　　Defendant. | Case No. 2:19-cv-01478<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　Plaintiff PSX, INC. ("Plaintiff"), by and through its counsel of record, and Defendant GILBERTO S. MEDINA, JR. ("Defendant"), by and through his counsel of record, hereby stipulate as follows:

　　　　1.　　Plaintiff filed its Complaint on August 23, 2019.

　　　　2.　　The deadline for Defendant to file a response to the Complaint was September 22, 2019.

*///*

*///*

*///*

*///*

*///*

*///*

1

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy, Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

3. Plaintiff and Defendant have conferred and agree to extend the time for Defendant to response to the Complaint to October 14, 2019.

| DATED this 24th day of September, 2019. | DATED this 24th day of September, 2019. |
|---|---|
| RICE REUTHER SULLIVAN & CARROLL, LLP | FISHER & PHILLIPS LLP |
| By: /s/ David A. Carroll<br>David A. Carroll, Esq. (NSB #7643)<br>Anthony J. DiRaimondo, Esq. (NSB #10875)<br>Robert E. Opdyke, Esq. (NSB #12841)<br>3800 Howard Hughes Parkway, Suite 1200<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant* | By: /s/ Brian L. Bradford<br>Brian L. Bradford, Esq. (NSB #9518)<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiff* |

## ORDER

Having reviewed the foregoing and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing "Stipulation to Extend Time to Respond to Complaint" is GRANTED.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 25, 2019