David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Defendant Gilberto S. Medina, Jr.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PSX, INC., a Louisiana Corporation, | Case No. 2:19-cv-01478-KJD-VCF |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| vs. | |
| GILBERTO S. MEDINA, JR., an individual; and CCS PRESENTATION SYSTEMS, LLC, an Arizona Limited Liability Company, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff PSX, INC. ("Plaintiff"), by and through its counsel of record, and Defendant GILBERTO S. MEDINA, JR. ("Medina"), by and through his counsel of record, hereby stipulate as follows:

1. Plaintiff filed its First Amended Complaint ("FAC") on January 2, 2020.
2. The deadline for Defendant Medina to file a response to the FAC is January 23, 2020.

///

///

///

///

///

1

3. Plaintiff and Defendant Medina have conferred and agree to extend the time for Defendant Medina to respond to the FAC to January 31, 2020.

4. Plaintiff and Defendant Medina have executed this Stipulation as reflected below. Defendant CCS Presentation Systems, LLC has not executed this Stipulation because it has not yet appeared in this action.

DATED this 21st day of January, 2020.  DATED this 21st day of January, 2020.

RICE REUTHER SULLIVAN & CARROLL, LLP

FISHER & PHILLIPS LLP

By: /s/ David A. Carroll
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Attorneys for Defendant Medina*

By: /s/ Brian L. Bradford
Brian L. Bradford, Esq. (NSB #9518)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

### ORDER

Having reviewed the foregoing and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing "Stipulation to Extend Time to Respond to First Amended Complaint" is GRANTED.

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE
1-21-2020
DATED: _____