David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Defendants Gilberto S. Medina, Jr.*
*and CCS Presentation Systems, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PSX, INC., a Louisiana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERTO S. MEDINA, JR., an individual; and CCS PRESENTATION SYSTEMS, LLC, an Arizona Limited Liability Company,<br><br>Defendant. | Case No. 2:19-cv-01478-KJD-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff PSX, INC. ("Plaintiff"), by and through its counsel of record, and Defendants GILBERTO S. MEDINA, JR. and CCS PRESENTATION SYSTEMS, LLC (collectively, "Defendants"), by and through his counsel of record, hereby stipulate as follows:

1.    Plaintiff filed its First Amended Complaint ("FAC") on January 2, 2020.

2.    Plaintiff and Defendant Medina previously stipulated to extend Defendant Medina's deadline to respond to the FAC to January 31, 2020.

3.    The deadline for Defendant CCS to respond to the FAC is February 3, 2020.

///

///

///

RICE REUTHER SULLIVAN & CARROLL, LLP
3800 Howard Hughes Pkwy., Suite 1200
Las Vegas, Nevada 89169
(702) 732-9099

4. Plaintiff and Defendants have conferred and agree to extend the time for both Defendants to respond to the FAC to February 7, 2020.

5. Plaintiff and Defendant Medina have executed this Stipulation as reflected below. Defendant CCS Presentation Systems, LLC has not executed this Stipulation because it has not yet appeared in this action.

DATED this 31st day of January, 2020.　　　　DATED this 31st day of January, 2020.

RICE REUTHER SULLIVAN & CARROLL, LLP　　　　FISHER & PHILLIPS LLP

By:　　_/s/ David Carroll_　　　　　　By:　　_/s/ Brian Bradford_
　　David A. Carroll, Esq. (NSB #7643)　　　　Brian L. Bradford, Esq. (NSB #9518)
　　Anthony J. DiRaimondo, Esq. (NSB #10875)　　　300 S. Fourth Street, Suite 1500
　　Robert E. Opdyke, Esq. (NSB #12841)　　　Las Vegas, Nevada 89101
　　3800 Howard Hughes Parkway, Suite 1200
　　Las Vegas, Nevada 89169　　　　　　*Attorneys for Plaintiff*

*Attorneys for Defendants*

## **ORDER**

Having reviewed the foregoing and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing "Stipulation to Extend Time to Respond to First Amended Complaint" is GRANTED.

**IT IS SO ORDERED:**

_____
~~UNITED STATES DISTRICT JUDGE/~~
UNITED STATES MAGISTRATE JUDGE

DATED: ___2-4-2020___