FISHER & PHILLIPS LLP
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-mail Address: bbradford@fisherphillips.com

KINNEY, ELLINGHAUSEN & DESHAZO
MICHAEL L. DESHAZO, ESQ.
1250 Poydras Street, Suite 2450
New Orleans, Louisiana 70113
Telephone: (504) 524-0206
E-mail Address: mdeshazo@kinneylaw.com
Admitted Pro Hac Vice

Attorneys for Plaintiff/Counterdefendant PSX, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PSX, INC., a Louisiana Corporation;<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO S. MEDINA, JR., an individual; and COMPUTER PROJECTION SYSTEMS, LLC, a Nevada Limited Liability Company, d/b/a CCS PRESENTATION SYSTEMS,<br><br>Defendant.<br><br>GILBERTO S. MEDINA, JR., an individual; and COMPUTER PROJECTION SYSTEMS, LLC, a Nevada Limited Liability Company, d/b/a CCS PRESENTATION SYSTEMS,<br><br>Counterclaimants,<br><br>v.<br><br>PSX, INC., a Louisiana Corporation;<br><br>Counterdefendant. | Case No. 2:19-cv-01478-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

Plaintiff/Counterdefendant PSX, INC. ("PSX"), by and through its counsel of record, and Defendants/Counterclaimants Gilberto S. Medina, Jr. ("Medina") and Computer Projection Systems, LLC, d/b/a CCS Presentation Systems ("CCS") (collectively "Defendants/Counterclaimants"), by and through their counsel of record, hereby stipulate as follows:

Defendants/Counterclaimants filed their Counterclaim on February 7, 2020. (ECF # 29.) The deadline for PSX to file a response is February 28, 2020. The parties have conferred and agree to extend the time for PSX to respond to the Counterclaim to March 13, 2020. The Parties have executed this Stipulation as reflected below. The stipulation is necessary to allow PSX to fully investigate the allegations and provide accurate responses thereto.

This is PSX's first request for an extension of this deadline.

Dated this 28th day of February, 2020.

| FISHER & PHILLIPS LLP | RICE REUTHER SULLIVAN & CARROLL, LLP |
|---|---|
| /s/ Brian L. Bradford, Esq. | /s/ Robert E. Opdyke, Esq. |
| BRIAN L. BRADFORD, ESQ. | ROBERT E. OPDYKE, ESQ. |
| 300 S. Fourth Street | 3800 Howard Hughes Parkway |
| Suite 1500 | Suite 1200 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff/Counterclaimant PSX, Inc.* | *Attorneys for Defendants/Counterclaimants Gilberto S. Medina, Jr. ("Medina") and Computer Projection Systems, LLC, d/b/a CCS Presentation Systems ("CCS")* |

IT IS SO ORDERED this 2nd day of  March , 2020.

_____
UNITED STATES MAGISTRATE JUDGE

FP 37254590.1

– 2 –