# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

PSX, INC., a Louisiana Corporation,

           Plaintiff,

vs.

GILBERTO S. MEDINA, JR., an individual;
and COMPUTER PROJECTION SYSTEMS,
LLC, a Nevada Limited Liability Company,
d/b/a CCS PRESENTATION SYSTEMS,

           Defendants.

2:19-cv-01478-KJD-VCF

**MINUTE ORDER**

Before the court is *PSX, Inc. v. Gilberto S. Medina, Jr., et al.*, case number 2:19-cv-01478-KJD-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before June 15, 2020.

Dated this 1st day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE